UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DONALD S. HUNTER, SR., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-0857 (PLF) |
| CONDOLEEZA RICE, Secretary, United States Department of State, | ) | |
| Defendant. | ) | |

ORDER AND JUDGMENT

For the reasons set forth in the Opinion issued this same day, it is hereby

ORDERED that the defendant's motion for summary judgment is GRANTED as to all claims with respect to which this Court has jurisdiction. Specifically, the Court grants summary judgment for defendant on plaintiff's claims under Title VII. Because it has no jurisdiction over plaintiff's claim under the Equal Pay Act, those claims may either be dismissed or transferred. In either event, this case is closed. Accordingly, it is

FURTHER ORDERED that plaintiff's Equal Pay Act claim is transferred to the United States Court of Federal Claims, which has exclusive jurisdiction over it; it is

FURTHER ORDERED that judgment is entered for defendant on all of plaintiff's claims under Title VII; and it is

FURTHER ORDERED that this case is removed from the docket of this Court. Any other pending motions are denied as moot. This is a final appealable Order. See FED. R. APP. P. 4(a).

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 26, 2007